# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-50147
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
February 14, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

LUIS ANDRES VILLALBA-GONZALEZ,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:20-CR-2222-3

---

Before KING, HIGGINSON, and WILLETT, *Circuit Judges*.

PER CURIAM:*

Luis Andres Villalba-Gonzalez appeals the 168-month sentence imposed following his guilty plea to one count of conspiracy to possess a mixture containing a detectable amount of methamphetamine. In his sole argument on appeal, Villalba-Gonzalez contends that his trial counsel rendered ineffective assistance of counsel. Because the record is not sufficiently developed to allow this court to evaluate Villalba-Gonzalez's

---

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-50147

ineffective assistance of counsel claim on appeal, we deny this claim without prejudice to his right to raise the claim in a 28 U.S.C. § 2255 motion. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

AFFIRMED.